# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10385
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
December 2, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Lucio Mendez, Jr.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:23-CR-14-1

_____

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Oscar Lucio Mendez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mendez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Mendez's claims of

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

ineffective assistance of counsel and prosecutorial misconduct; we therefore decline to consider the claims without prejudice to any right Mendez may have to raise them on collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 176–78 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mendez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.